

FILED
MAR 15 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

## CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Jackson

COUNTY: Hinds

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT_____ DOCKET # 3:23CR21-CWR-FKB
SAME DEFENDANT_____ NEW DEFENDANT_____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

### DEFENDANT INFORMATION:

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: CHRISTI WEBB

### U.S. ATTORNEY INFORMATION:

AUSA: David H. Fulcher      BAR #: 10179

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

### LOCATION STATUS:   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

### U.S.C. CITATIONS

TOTAL # OF COUNTS: __1__   ___ PETTY   ___ MISDEMEANOR   __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   18:666.F | 18 U.S.C. § 666(A)(1)(a) | Theft Involving Federal Programs / Funds | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |

SIGNATURE OF AUSA: _/s/ Dan Fulcher_

Revised 10/25/2021