IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

MAR 1 6 2023

ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.: 3:23-cr-0021 CWR-FKB

CHRISTI WEBB

## ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL THE INFORMATION

THIS CAUSE having come on before the Court on motion of the Government to Unseal the above styled matter, being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby unsealed.

SO ORDERED AND ADJUDGED this the _16th_ day of _____MARCH_____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE