IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 1 6 2023
ARTHUR JOHNSTON
b _____ DEPUTY

UNITED STATES OF AMERICA

VS.     CRIMINAL NO.: 3:23-cr-21-CWR-FKB-1

CHRISTI WEBB

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this Court after appropriate inquiry that she requests appointment of counsel and is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SO ORDERED, this the 16th day of March 2023.

_____
United States Magistrate Judge