AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 16 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:23-cr-21-CWR-FKB-1 |
| | ) | |
| Christi Webb | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/16/2023

*Defendant's signature*: Christi Webb

*Signature of defendant's attorney*

*Printed name of defendant's attorney*: Abby Edwards

*Judge's signature*

F. Keith Ball, United States Magistrate Judge
*Judge's printed name and title*