IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
3 - NORTHERN DIVISION (Jackson)

| | |
|---|---|
| UNITED STATES | PLAINTIFF |
| VERSUS | CRIMINAL NO: 3:23cr21CWR-FKB-01 |
| CHRISTI WEBB | DEFENDANT |

### NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that **Jamie Harrell** has been assigned as Probation Officer for Defendant **CHRISTI WEBB** and should be noticed of all future pleadings by adding as an Interested Party to said case.

**OR**

### NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer _____ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: _Kevin D. Wright_
Digitally signed by Kevin Wright
Date: 2023.03.20 17:09:13 -05'00'